Susan St. Vincent
Legal Officer
Sean O. Anderson
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW WILLIAM SIZER,<br><br>Defendant. | Docket Number 6:18-po-00201-JDP<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice and in the interest of justice.

.

Dated: February 5, 2020        /S/ Sean O. Anderson
                               Sean O. Anderson
                               Acting Legal Officer
                               Yosemite National Park

1

ORDER

Upon application of the United States, good cause having been shown therefore, the court orders that the above-referenced matter, *United States v. Andrew William Sizer*, 6:18-po-00201-JDP, be dismissed without prejudice in the interest of justice.

IT IS SO ORDERED.

Dated: February 6, 2020

_____
UNITED STATES MAGISTRATE JUDGE